UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0050

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| MATTHEW KEARSE | ) Prohibited Person |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:45 PM
MAR 3 2021 20
Deputy Clerk

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 1, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

**MATTHEW KEARSE**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Kel-Tech PF-9, 9mm handgun, and ammunition, to wit: seven rounds which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A True Bill.

_____
Fo

_____
David H. Estes
Acting United States Attorney

_____
Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division