## RECEIPT FOR EXHIBITS

Received of the Clerk's Office  **Government's**

exhibits numbered  **1**

in the case of  United States of America  v.  Matthew Kearse

Case Number  CR421-50

This _____ day of **August**, 2021.

_Joshua Bearden_
Attorney for  **Government**