| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>SAVANNAH DIVISION | JUDGE: WILLIAM T. MOORE, JR.<br>DATE: 11/18/21 |

**CRIMINAL CASE NO. CR CR421-50**
**UNITED STATES OF AMERICA VS. MATTHEW KEARSE**

COURTROOM DEPUTY  BODAFORD          COURT REPORTER  ROOT

ATTORNEY(S) FOR THE GOVERNMENT:       ATTORNEY(S) FOR THE DEFENDANT:

JOSHUA BEARDEN                         DEREK KAUHANE

U.S. PROBATION OFFICER:                DEFENDANT SENTENCED ON COUNT(S)

Mills                                   1

[X] Presentence Report Reviewed In Full      Custody  120  Months B.O.P.
[ ] Objections to Factual Basis              Probation  -----
[ ] Objections To Guidelines Calculations    Supervised Release  3  Years
[ ] Probation Officer Testifies              Special Conditions  Yes
[ ] Changes Ordered in Factual Basis/Calculations   Fine $  -----
[ ] No Changes Ordered                       Restitution $  -----
[X] Findings Of The Court                    Special Assessment $  100.00
[ ] Factual Witnesses Testify                To Be Paid  Immediately
[X] Statements Of Counsel                    Community Service
[ ] Statements By Defendant                  Facility Recommended  Notify USPO
[X] Sentence Pronounced                      Defendant Remanded To The USM  Yes

OTHER DIRECTIVES OF THE COURT               Voluntary Surrender

[ ] Attach Statement of Reasons to the Judgment   To USM [ ]   To Facility [ ]
[ ] Transcribe Statement of Reasons          Nolle Prosse Count(s)
[X] Appeal Rights of Defendant Explained     Plea Agreement Accepted and Ratified
[ ] Appellate Disclosure Forms Provided      Departure From Guidelines
[X] Notice of Counsel's Post-Conviction Obligations Provided   Upward _____   Downward _____

U.S. Deputy Marshal  Garrett, Nick, Gerry, Keith       Time  3:15  to  3:35   Total  20 minutes

Court Security Officer  Brian, Maurice, Gary, Bill

Credit for time served since 8/16/19 that is not credited to any other sentence.
RDAP.
Defendant refuses to respond to any questions.
Court orders defense counsel to attempt to go over the Notice of Counsel's Post-Convictions Obligations with his client.